# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TIMOTHY ERIC CAFFREY

*Plaintiff*

v.

DAN PACHOLKE

*Defendant*

Civil Action No. 2:16-CV-00117-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to waive collection of the remaining balance of the filing fee in this action is GRANTED. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mendoza, Jr. _____ on a Motion to Voluntarily Dismiss, and a Motion to waive collection of the remaining balace of the filing fee in this action.

Date: June 10, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy